EMANUEL G. PENN, Appellant, *v.* UMBERTO VALIANTE, Respondent.

(Argued October 14, 1930; decided November 18, 1930.)

*Henry E. Stohldreier* and *Gordon Miller* for appellant.
*Herbert L. Wasserman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.